UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

ROBERT A. MAGARY, SR.            )
                                  )
         Plaintiff,               )
                                  )
v.                                )     **JUDGMENT**
                                  )
                                  )     No. 4:18-CV-50-FL
SPRINT NEXTEL CORPORATION         )
*d/b/a Spring*                    )
         Defendant.               )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 31, 2019, that this case is dismissed without prejudice for lack of prosecution.

**This Judgment Filed and Entered on January 31, 2019, and Copies To:**
Robert A. Magary, Sr. (Via US mail) to 337 Howard Blvd, #660, Newport, NC 28570.

January 31, 2019				PETER A. MOORE, JR., CLERK

					  /s/ Sandra K. Collins
					(By) Sandra K. Collins, Deputy Clerk